STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the ninth day of March, 2015.

Present: Rita B. Garman, Chief Justice
Justice Charles E. Freeman                Justice Robert R. Thomas
Justice Thomas L. Kilbride                Justice Lloyd A. Karmeier
Justice Anne M. Burke                     Justice Mary Jane Theis

---

On the twelfth day of March, 2015, the Supreme Court entered the following judgment:

In re:

M.R.27113

Lawrence Joseph Fleming                                    Attorney
2001 South Big Bend Blvd.                                  Registration and
St. Louis, MO 63117-2403                                   Disciplinary
                                                           Commission
                                                           2014PR00152

The motion by respondent Lawrence Joseph Fleming for a hearing on the Administrator's petition for reciprocal discipline pursuant to Supreme Court Rule 763 is denied.

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Lawrence Joseph Fleming, who has been disciplined in the State of Missouri, is disbarred in the State of Illinois.

Orders entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this twelfth day of March, 2015.

*Carolyn Taft Grosboll*
Clerk,
Supreme Court of the State of Illinois