# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

IN RE:

Lawrence Joseph Fleming
2001 South Big Bend Blvd.
St. Louis, MO  63117-2403
an attorney,

Case Number:  15-MC-27-MJR

## NOTICE

A copy of an order of the Supreme Court of the State of Illinois, dated March 12, 2015, disbarring you from the practice of law, has been received and filed in this Court.

Pursuant to Southern District of Illinois Local Rule 83.3(c)(2),

IT IS ORDERED that you show cause, within **30 days** after service of this Notice, why the imposition of similar discipline by this Court, consisting of disbarment from the practice of law in this Court until further order of the Court, would be unwarranted.  If you fail to respond, the undersigned will bar you from practicing law in this Court.

Dated: April 8, 2015

BY ORDER OF THE COURT

*[signature]*

JUSTINE FLANAGAN
Acting Clerk of the Court